334

SLATER STEELS CORPORATION, *et al.*, Plaintiffs, v. UNITED STATES, Defendant. VIRAJ GROUP, Plaintiff, v. UNITED STATES, Defendant, and SLATER STEELS CORPORATION, *et al.*, Defendant-Intervenors.

Consol Ct. No. 02–00551

Dated: March 12, 2007

*Collier, Shannon, Scott, PLLC (Robin H. Gilbert)*, for Plaintiffs and Defendant-Intervenors Slater Steels Corp., Carpenter Technology Corporation, Electralloy Corp., and Crucible Specialty Metals Division, Crucible Materials Corp.

*Miller & Chevalier Chartered (Peter J. Koenig)*, for Plaintiff Viraj Group.

*(Jeanne E. Davidson)*, Director; *(Stephen C. Tosini)*, Attorney, Commercial Litigation Branch, Civil Division, United States Department of Justice; *(Matthew D. Walden)*, Office of Chief Counsel for Import Administration, United States Department of Commerce, of counsel, for Defendant.

## JUDGMENT ORDER

BARZILAY, Judge: Pursuant to the holding of the Court of Appeals for the Federal Circuit in *Viraj Group v. United States*, Slip Op. 2006–1158 (Fed. Cir. Feb. 13, 2007), it is hereby

ORDERED that the Department of Commerce's *Final Results of Determination Pursuant to Remand* (Dep't Commerce May 7, 2004) ("*Remand Results II*"), produced in response to this court's decision in *Slater Steels Corp. v. United States*, 28 CIT ___, 316 F. Supp. 2d 1368 (2004), is reinstated; and it is further

ORDERED that this case is dismissed.